▇ The People of the State of New York, Respondent, v Gary McIntosh, Appellant. [5 NYS3d 874]—

Judgment, Supreme Court, New York County (Maxwell Wiley, J.), rendered June 30, 2010, convicting defendant, upon his plea of guilty, of identity theft in the first degree, and sentencing him to a term of 1 to 3 years, unanimously affirmed.

Defendant is not entitled to relief under *People v Peque* (22 NY3d 168 [2013]). Initially, we note that defendant has not established that the exception to the preservation requirement set forth in *Peque* (*id*. at 182-183) should apply, and we decline to review defendant's unpreserved claim in the interest of justice. As an alternative holding, we reject it on the merits. By advising defendant that his plea could result in deportation, the court satisfied the basic requirement of *Peque* (*id*. at 176). Concur—Gonzalez, P.J., Mazzarelli, Renwick and Gische, JJ.